

FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>JOSEPH NATALE<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cr-00077-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of <u>the defendant</u>_____, IT IS ORDERED that a detention hearing is set for <u>March 5</u>_____, <u>2026</u>_____, at <u>9:00</u>_____ ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>_____, in Courtroom <u>580</u>_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
       *(Other custodial officer)*

Dated: <u>February 27, 2026</u>_____      *Karen L. Stevenson*
                                   U.S. Magistrate Judge